**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, and DOES 1 to 10, <br><br> Defendants. | Case No. 2:26-CV-00752-JFW-ASx <br><br> **ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT IN LIGHT OF FORTHCOMING AMENDMENT** <br><br> Current response date:    May 7, 2026 <br> New response date: June 15, 2026 |

**ORDER**

Having read and considered the Joint Stipulation to Extend Defendant's Time to Respond to the Complaint in Light of Forthcoming Amendment (the "Stipulation"), and for good cause appearing, it is HEREBY ORDERED as follows:

1.     The Stipulation is GRANTED.

2.     Plaintiff will have up to and including May 15, 2026 to file their First Amended Complaint.

3.     The time for Defendant to respond to the Complaint in the above-captioned action shall be extended from May 7, 2026 up to and including June 15, 2026.

Dated: May 7, 2026

_____
Hon. John F. Walter

ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT IN LIGHT OF FORTHCOMING AMENDMENT; CASE NO. 2:26-CV-00752-JFW-AS