ANDREW S. MACKAY, #197074
amackay@donahue.com
DANIEL J. SCHACHT, #259717
dschacht@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@donahue.com
STEPHANIE L. GONZALEZ, #352905
sgonzalez@donahue.com
MEGAN C. CRONIN, #363603
mcronin@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:   (510) 451-3300
Facsimile:   (510) 451-1527

Attorneys for Plaintiff WIXEN MUSIC PUBLISHING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation, and DOES 1 to 20,<br><br>Defendants. | Case No. 2:26-cv-00752-JFW-AS<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date:           August 3, 2026<br>Time:          1:30 p.m.<br>Courtroom:  7A<br>Judge:         Hon. John F. Walter |

Plaintiff WIXEN MUSIC PUBLISHING, INC. ("Plaintiff") and Defendant META PLATFORMS, INC. ("Defendant"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 15, 2026, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint to be heard by the Court on August 3, 2026, at 1:30 p.m. in Courtroom 7A (ECF No. 32);

WHEREAS, this Court's Standing Order requires that moving parties notice any motion hearing for a Monday within 35 calendar days after service of the motion (*see* ECF No. 9);

WHEREAS, before Defendant filed its Motion to Dismiss, the Court's Motion Calendar indicated that all available Monday hearing dates within that time range were closed for hearings;

WHEREAS, Counsel for Defendant contacted the Court's Deputy Clerk concerning this hearing availability issue and received instructions to notice Defendant's Motion to Dismiss on the next available date (*i.e.*, August 3, 2026);

WHEREAS, Plaintiff had no input on the selection of August 3, 2026, as the hearing date for Defendant's Motion to Dismiss;

WHEREAS, Plaintiff's deadline to oppose Defendant's Motion to Dismiss is currently July 13, 2026;

WHEREAS, Defendant's deadline to file a reply to Plaintiff's opposition is currently July 20, 2026;

WHEREAS, Plaintiff's lead trial counsel, Andrew S. MacKay, will be unavailable on August 3, 2026, due to travel that was planned and scheduled prior to June 15, 2026;

WHEREAS, lead trial counsel is required to attend all proceedings before this Court pursuant to this Court's Standing Order;

WHEREAS, Plaintiff's counsel, Daniel J. Schacht and Padmini Cheruvu, will also be unavailable on August 3, 2026, due to travel that was planned and scheduled prior to June 15, 2026;

WHEREAS, the Parties' counsel met and conferred and agree that August 17, 2026, is the earliest mutually available date for all Parties and their counsel;

WHEREAS, the Parties agree to continue the hearing for Defendant's Motion to Dismiss from August 3, 2026, to August 17, 2026,

WHEREAS, the Parties agree to continue Plaintiff's deadline to file its opposition to Defendant's Motion to Dismiss from July 13, 2026, to July 20, 2026;

WHEREAS, the Parties agree to continue Defendant's deadline to file a reply to Plaintiff's opposition from July 20, 2026, to August 3, 2026;

WHEREAS, this continuance will not have an impact on any other case deadlines or dates set by the Court, including the following dates set in the Court's Scheduling and Case Management Order (ECF No. 35):

1.    Jury Trial (estimated length of 3 days) – October 12, 2027;

2.    Hearing on Motions in Limine; Hearing on Disputed Jury Instructions – October 12, 2027;

3.    Pre-Trial Conference – September 24, 2027;

4.    Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. – September 7, 2027;

5.    Last day for hearing motions – July 12, 2027;

6.    Discovery cut-off – June 1, 2027;

7.    Last day to conduct Settlement Conference/Mediation – March 1, 2027; and

8.    Last day to file Joint Report re: results of Settlement Conference/Mediation – March 5, 2027.

WHEREAS, on March 10, 2026, the Court granted the Parties' Joint Stipulation to Extend Defendant's Time to Respond to the Complaint (ECF No. 15);

WHEREAS, no other requests for extensions or continuances by any party have been made; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay, and the requested continuance will not prejudice any party.

NOW, THEREFORE, the Parties HEREBY STIPULATE and respectfully request that the Court continue the hearing on Defendant's Motion to Dismiss from August 3, 2026, to August 17, 2026, and continue the filing deadline for Plaintiff's opposition and Defendant's reply from July 13, 2026, to July 20, 2026; and from July 20, 2026, to August 3, 2026, respectively.

IT IS SO STIPULATED.

Dated:  July 2, 2026          DONAHUE FITZGERALD LLP
                              Attorneys at Law


                              By:        /s/ Daniel J. Schacht
                                      Andrew S. MacKay
                                      Daniel J. Schacht
                                      Padmini Cheruvu
                                      Stephanie L. Gonzalez
                                      Megan C. Cronin
                                      Attorneys for Plaintiff
                                      WIXEN MUSIC PUBLISHING, INC.


Dated:  July 2, 2026          MAYER BROWN LLP


                              By:        /s/ Michael A. Calvanico
                                      Matthew D. Ingber
                                      Allison Aviki
                                      Rory K. Schneider
                                      David Yolkut
                                      Michael A. Calvanico
                                      Attorneys for Defendant
                                      META PLATFORMS, INC.

4905-4246-1881.3                    -4-              Case No. 2:26-cv-00752-JFW-AS
JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS

**Filer's Attestation**

Pursuant to local rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated:  July 2, 2026

By:        */s/ Daniel J. Schacht*
                Daniel J. Schacht